862 F.2d 869
 Celotex Corporation, Cohart Refractories,Eagle-Picher Ind.,
Inc., General Refractories Company, A.P. Green Refractories
Company, Harbison Walker Refractories Div. of Dresser Ind.,
International Vermiculite Co., Keene Corp., Nicolet Ind.,
Owens-Illinois, Inc., Pittsburgh Corning Corp., Quigley Co.,
Inc., a subsidiary of Pfizer, Inc., Raymark Ind., Inc.,
f/k/a Raybestos- Manhattan, Inc., Anchor Packing Co.,
Bethlehem Steel Corp., A C and S, Inc., f/k/a Armstrong
Contracting and
 NO. 86-3663(L)
 United States Court of Appeals,
Fourth Circuit.
 NOV 23, 1988
 
 1
 Appeal From: D.Md.
 
 
 2
 AFFIRMED.